IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| JOHN DOE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 6:24-cv-600 |
| | § | |
| MISSION WACO, A TEXAS NON-PROFIT ORGANIZATION, MISSION WACO WORLD CUP CAFÉ, A BUSINESS AND INDIVIDUALS OR ENTITIES ASSOCIATED WITH THE ADVERSE ACTIONS INFLUENCED BY COMMENTS AND ACTIONS DIRECTED TOWARD PLAINITFF AFFECTING THE LEVEL OF SERVICE INSIDE OF THE CAFÉ, | § § § § § § § § § § | |
| Defendants. | § | |

### INDEX OF DOCUMENTS FILED IN THE STATE COURT LITIGATION

Pursuant to 28 U.S.C. § 1446(a), the following documents are attached to the Notice of Removal filed herein:

| Exhibit | Document Name | Date Filed |
|---|---|---|
| A-1 | Docket Sheet – State Court | 11/19/2024 (print date) |
| A-2 | Civil Case Information Sheet | 10/16/2024 |
| A-3 | Plaintiff's Original Petition for Temporary Injunction | 10/16/2024 |
| A-4 | Request to Issue Citation 1 | 10/16/2024 |
| A-5 | Request to Issue Citation 2 | 10/16/2024 |
| A-6 | Pro Se Notice | 10/16/2024 |
| A-7 | Motion to Proceed Anonymously | 10/16/2024 |
| A-8 | Citation Issued 1 | 10/17/2024 |
| A-9 | Citation Issued 2 | 10/17/2024 |
| A-10 | Returned Citation – Mission Waco | 10/23/2024 |

EXHIBIT A

| | | |
|---|---|---|
| A-11 | Returned Citation to World Cup Café | 10/23/2024 |
| A-12 | Defendants' Answer to Original Petition | 11/18/2024 |

DATED: November 20, 2024      Respectfully submitted,

By: /s/ *Paul E. Hash*
    Paul E. Hash
    State Bar No. 09198020
    Paul.Hash@jacksonlewis.com
    Nichole M. Plagens
    State Bar No. 24083665
    Nichole.Plagens@jacksonlewis.com

    JACKSON LEWIS P.C.
    500 N. Akard, Suite 2500
    Dallas, Texas 75201
    Phone: (214) 520-2400
    Facsimile: (214) 520-2008

**ATTORNEYS FOR DEFENDANT**