```
                                              FILED
                                         January 10, 2025
IN THE UNITED STATES DISTRICT COURT    CLERK, U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS      WESTERN DISTRICT OF TEXAS
WACO DIVISION                          BY: _____cav_____
                                                  DEPUTY
```

John Doe,

Plaintiff,

v.

Mission Waco, Mission World et al.

Defendant.

Civil Action No.6:24-cv-00600-ADA-JCM

## PLAINTIFF'S MOTION TO PROCEED ANONYMOUSLY AND MOTION TO FILE UNDER SEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, John Doe respectfully moves to proceed anonymously and to file documents under seal in this case. In support, Plaintiff states as follows:

I. Motion to Proceed Anonymously

1. Religious Discrimination:
   Plaintiff asserts a claim under 42 U.S.C. § 2000a for religious discrimination. Plaintiff belongs to a non-majority religion and has been subjected to harassment due to his religious beliefs, which are central to this case.
2. Health and Confidentiality:
   Plaintiff also has health-related claims protected under the Americans with Disabilities Act (ADA), specifically 42 U.S.C. § 12102(1)(C) and 42 U.S.C. § 12102(3). These provisions protect individuals regarded as having a disability, including substance abuse issues. Public disclosure of sensitive health information could harm Plaintiff's case and expose him to further discrimination.
3. Sensitive Nature of the Case:
   Since October 2023, Plaintiff has faced harassment, including religious literature being thrown on his property. This ongoing harassment and the disclosure of sensitive health

    and religious information would cause further harm to Plaintiff's privacy and legal interests.

4. **Relationship with Mission Waco:**
   Plaintiff clarifies that there is no formal relationship with Mission Waco other than being a paying customer at their restaurant. The restaurant operates as a regular food service establishment open to the public, and food is neither discounted nor provided through a subsidy. It is not a soup kitchen. As such, Plaintiff's participation is simply as a member of the general public, with no special relationship with the organization beyond this fact.

## II. Motion to File Under Seal

5. **Need for Confidentiality:**
   Plaintiff seeks to file under seal documents containing sensitive health, religious, and ethnic information. Public disclosure could cause reputational damage, harassment, and emotional distress.
6. **Request for Sealing:**
   Plaintiff respectfully requests that any documents relating to health, religion, and ethnicity be filed under seal to prevent further harm.

For the reasons above, Plaintiff requests permission to proceed anonymously and to file documents under seal to protect his privacy and legal rights, particularly under 42 U.S.C. § 2000a (religious discrimination) and 42 U.S.C. § 12102 (ADA protections).

Respectfully submitted,

*[signature]*

John Doe