Case 6:24-cv-00600-ADA-DTG   Document 17   Filed 01/16/25   Page 1 of 1

FILED
January 16, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____lad_____
         DEPUTY

## In the United States district Court Western District of Texas Waco Division:

Plaintiff John Doe
V.
Mission Waco et al
Case number 6:24-CV-00600

### Motion to Proceed anonymously for reconsideration

To the honorable judge of the court:

Out of respect to the plaintiff there is a request that the plaintiff is granted anonymity to proceed in Federal district court.

1 There are substantial risks to the plaintiff that include ostricization, reputational damage, and harassment that that the plaintiff experiences in every day areas related to the subject matter of the case.

The plaintiff has had to issue cease, and desist to two other businesses since filing related to the subject matter. The plaintiff does not need further public exposure in a manner that may keep him from seeking professional employment in Waco, or any employment that is denied because of association with these legal proceedings.

The plaintiff does not have the same environment afforded to an average individual hardships related to this case may cause harm to plaintiffs living situation, or his ability to access goods, and services in the community.

The matter before the court does not appear to prejudice the defendant. The defendant can respectively respond to all matters of the case.

The privacy concerns further detailed in this case show a substantial amount damage to the plaintiff out weighing matters of the public interest.

This case involves a sensitive issue. Namely the substance issues, that is common speak in the plaintiffs area of expertise, or substance abuse issues. Which are considered, and covered as a mental disorder in the DSM-5 by the APA American Psychological Association.
There are other sensitive topics discussed in the filings that cluster together as a factor creating reputational harm to the plaintiff, including religious interests beliefs, and attacks plaintiff receives because of religious beliefs.

Sincerely,

John Doe  *John Doe* (signature)