IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| JOHN DOE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 6:24-CV-00600-ADA-DTG |
| | § | |
| MISSION WACO, et al, | § | |
| | § | |
| Defendants. | § | |

### ORDER DENYING PLAINTIFF'S MOTIONS (ECF NOS. 27, 28, 29) AND MOOTING DEFENDANT'S MOTION (ECF NO. 30)

Before the Court are Plaintiff Lant Chapman's Motions for leave to file seal documents (ECF Nos. 27, 28, 29) and Defendant Mission Waco's Motion (ECF No. 30) requesting copies of Plaintiff's sealed documents. For the reasons explained below, the Court **DENIES** Plaintiff's Motions to seal and **MOOTS** Defendant's Motion.

On February 3, 2025, Plaintiff filed three motions to seal and attached the corresponding documents to those motions. ECF Nos. 27–29. In response, Defendant filed a motion requesting that the Court provide Defendant with copies of those documents because Plaintiff has not done so. ECF No. 30 at 2.

Local Rule CV-5.2(e) requires a party moving to keep any document under seal to serve a copy of the sealed document on all counsel of record. W.D. Tex. Civ. R. 5.2(e). Local Rule CV-7(G) requires a movant to certify that he has conferred with opposing counsel in a good-faith attempt to resolve the matter before filing a nondispositive motion. W.D. Tex. Civ. R. 7(G). Plaintiff did not confer with Defendant's counsel before filing his motions nor did he provide counsel with copies of his sealed documents. *Pro se* plaintiffs are required to comply with the

1

Federal Rules of Civil Procedure as well as the Court's local rules. *Arredondo v. Monetary Inquisition Grp., LLC*, No. EP-22-CV-00236-DCG, 2023 U.S. Dist. LEXIS 13280, at *13 (W.D. Tex. Jan. 26, 2023) (warning a *pro se* litigant that continued failure to follow the court's procedures may result in sanctions) (citing *EEOC v. Simbaki, Ltd.*, 767 F.3d 475, 484 (5th Cir. 2014)).

Because Plaintiff did not follow the Court's local rules, Plaintiff's motions to seal (ECF Nos. 27, 28, 29) are **DENIED**. Plaintiff is encouraged to read the Court's local rules[1] and refile his motions in compliance with those rules. Given the foregoing, Defendant's Motion (ECF No. 30) is **DENIED-AS-MOOT**.

SIGNED this 10th day of March, 2025.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff can access the Court's local rules at: https://www.txwd.uscourts.gov/court-information/lcr-civil-rules/