# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| JOHN DOE,<br>  *Plaintiff*<br><br>-vs-<br><br>MISSION WACO, A TEXAS NON PROFIT ORGANIZATION, MISSION WACO WORLD CUP CAFÉ, A BUSINESS AND INDIVIDUALS OR ENTITIES ASSOCIATED WITH THE ADVERSE ACTIONS INFLUENCED BY COMMENTS AND ACTIONS DIRECTED TOWARD PLAINITFF AFFECTING THE LEVEL OF SERVICE INSIDE OF THE CAFÉ,,<br>  *Defendant* | §§§§§§§§§§§§§§§§§ 6:24-cv-00600-ADA |

## ORDER VACATING REFERRAL ORDER

The referral of this case to Magistrate Judge Derek T. Gilliland is hereby vacated.

SIGNED this 24th day of June, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

1