IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **JOHN DOE,** | § | |
| *Plaintiff,* | § | |
| | § | **CIVIL ACTION NO. 6:24-CV-00600** |
| v. | § | |
| | § | |
| **MISSION WACO, A TEXAS NON-PROFIT ORGANIZATION, MISSION WACO WORLD CUP CAFÉ, A BUSINESS AND INDIVIDUALS OR ENTITIES ASSOCIATED WITH THE ADVERSE ACTIONS INFLUENCED BY COMMENTS AND ACTIONS DIRECTED TOWARD PLAINITFF AFFECTING THE LEVEL OF SERVICE INSIDE OF THE CAFÉ,** | § § § § § | |
| *Defendants.* | | |

## ORDER RESETTING PRETRIAL CONFERENCE AND TRIAL

Due to an immovable conflict, it is hereby **ORDERED** that the Trial in the above entitled and numbered case is **RESET** to **Tuesday, January 20, 2026 at 9:00 AM**.

The Pretrial Conference in the above entitled and numbered case is **RESET** to **Wednesday, January 14, 2026 at 2:00 PM.**

SIGNED this 1st day of October, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE