# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| LANT CHAPMAN, | § | |
|         Plaintiff, | § | |
| v. | § | |
| MISSION WACO, A TEXAS NONPROFIT ORGANIZATION, MISSION WACO WORLD CUP CAFÉ, A BUSINESS AND INDIVIDUALS OR ENTITIES ASSOCIATED WITH THE ADVERSE ACTIONS INFLUENCED BY COMMENTS AND ACTIONS DIRECTED TOWARD PLAINITFF AFFECTING THE LEVEL OF SERVICE INSIDE OF THE CAFÉ, | § | CIVIL NO. 6:24-CV-00600-ADA |
|         Defendant. | § | |

## **ORDER**

It is hereby ORDERED that this matter is STAYED, pending the Court's forthcoming ruling on Defendant's Motion for Summary Judgment (Dkt. 54). The matter shall remain stayed until further order of this Court.

SIGNED this 29th day of December, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE